■ BETH T. CHRISTOPHER, Respondent, v GRAND ISLAND CENTRAL SCHOOL DISTRICT, Appellant. [662 NYS2d 282] —Appeal

unanimously dismissed without costs (*see, Ellingsworth v City of Watertown,* 113 AD2d 1013). (Appeal from Order of Erie County Court, DiTullio, J.—Breach of Contract.) Present— Lawton, J. P., Callahan, Doerr, Balio and Boehm, JJ.